UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Elaine K. Cooperstein<br>              Debtor<br><br>SN Servicing Corporation as<br>Servicer for U.S. Bank Trust<br>National Association, as Trustee of<br>BKPL Lodge Series I Trust<br>              Movant<br>v.<br><br>Elaine K. Cooperstein<br>Kenneth E. West - Trustee<br>              Respondents | Case No.: 19-12568-mdc<br><br>Chapter: 13<br><br>Judge:  Magdeline D. Coleman<br><br>Hearing Date: March 29, 2022 at 10:30 am<br><br>Objection Deadline: March 14, 2022 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of BKPL Lodge Series I Trust (together with any successor and/or assign, "Movant") dated February 28, 2022 and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 1600 Hagysford Road, Unit 3Y, Penn Valley, PA 19072; and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

April 26, 2022

*Magdeline D. Coleman*

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE